ROCHESTER TRUST AND SAFE DEPOSIT COMPANY, Respondent, *v.* HERBERT J. STULL, Appellant, Impleaded with Others.

(Argued January 11, 1934; decided February 27, 1934.)

*Herbert J. Stull,* in person, for appellant.
*William C. Combs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.